*E-FILED: May 8, 2013*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| CELESTE LANDINI,<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No.: 5:13-cv-01153-HRL<br><br>[PROPOSED] ORDER REGARDING STIPULATION TO PERMIT AMENDMENT TO NAME FIA CARD SERVICES, N.A. AS DEFENDANT AND TO DISMISS DEFENDANT BANK OF AMERICA, NATIONAL ASSOCIATION WITHOUT PREJUDICE<br><br>Complaint Filed:   February 13, 2013<br><br>The Honorable Howard R. Lloyd |

[PROPOSED] ORDER

The Court, having reviewed and considered the Parties' Stipulation to Permit Amendment to Name FIA Card Services, N.A. as Defendant and to Dismiss Defendant Bank of America, National Association without Prejudice, and good cause appearing therefore, hereby orders that: (1) Plaintiff Celeste Landini may have up until and including May 10, 2013 to file a First Amended Complaint naming FIA Card Service, N.A. as defendant; and (2) Defendant Bank of America, National Association is hereby dismissed without prejudice. **The Amended Complaint shall reflect that only Does 2-100 remain.**

**IT IS SO ORDERED.**

DATED: May 8, 2013

_____
The Honorable Howard R. Lloyd
~~United States District Court Judge~~
United States Magistrate Judge