*E-Filed: October 28, 2013*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CELESTE LANDINI, <br><br> Plaintiff, <br><br> v. <br><br> FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive, <br><br> Defendants. | CASE NO.: 5:13-cv-01153-HRL <br><br> [PROPOSED] ORDER |

The Court finds that there is good cause to grant the parties stipulated request to extend the scheduling deadlines and hereby modifies the scheduling order as follows.

1. Fact discovery cutoff shall be extended to ~~December 6, 2013~~; November 29, 2013

2. Designation of experts with reports shall be extended to ~~January 9, 2014~~; December 13, 2013

3. Designation of rebuttal experts with reports shall be extended to ~~February 6,~~

1      ~~2014~~;  December 27, 2013

2    4.   Expert discovery cutoff shall be extended to ~~February 28, 2014~~; January 10, 2013

3    ~~5.   Last day for hearing on dispositive motions shall be extended to April 8, 2014;~~

4    ~~6.   Final pretrial conference shall be extended to May 6, 2014~~.

7    **IT IS SO ORDERED.**

9    Dated: October ~~16~~ 28, 2013         _____
                                              HOWARD R. LLOYD
                                              UNITED STATES MAGISTRATE JUDGE