# UNITED STATES DISTRICT COURT

for the

### Northern District of California

| | | |
|---|---|---|
| CELESTE LANDINI | ) | |
| | ) | |
| v. | ) | Case No.:　5:13-cv-01153-HRL |
| | ) | |
| FIA CARD SERVICES, NATIONAL ASSOCIATION | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____3/19/2014_____ against _____Plaintiff Celeste Landini_____ ,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................................................. $ _____ 350.00

Fees for service of summons and subpoena ........................................................................ _____ 35.00

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . _____ 1,264.61

Fees and disbursements for printing ............................................................................. _____

Fees for witnesses *(itemize on page two)* ........................................................................ _____ 211.42

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

Docket fees under 28 U.S.C. 1923 ............................................................................... _____

Costs as shown on Mandate of Court of Appeals ................................................................. _____

Compensation of court-appointed experts ........................................................................ _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .......... _____

Other costs *(please itemize)* ..................................................................................... _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL　　$ _____ 1,861.03

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

　　　I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒　　Electronic service　　　　　☐　　First class mail, postage prepaid

☐　　Other: _____

　　s/ Attorney:　　/s/ Cristyn N. Chadwick _____

　　　　Name of Attorney:　Cristyn N. Chadwick, Esq., REED SMITH LLP _____

For: _____Defendant FIA Card Services, National Association_____　Date: _____4/2/2014_____
　　　　　　　　　　*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____　By: _____　_____
　　　*Clerk of Court*　　　　　　　　　　*Deputy Clerk*　　　　　　　　　*Date*

# UNITED STATES DISTRICT COURT

| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Larry Parrott; Phoenix, Arizona | 1 | $45.00 | 1 | $7.90 $7.83 | | $76.72 $73.97 | $211.42 |
| | | | | | **TOTAL** | | $211.42 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

*** REPRINT ***

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 183881 | 81335 |
| Invoice Date | Total Due |
| 3/15/13 | 40,110.78 |

TAX ID# 27-3093840

REED SMITH, LLP
1511 W. BEVERLY BLVD
LOS ANGELES, CA 90026

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 81335 | 183881 | 3/15/13 | 40,110.78 | 50 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/13/13 FILING-FAX | 5503980 PDF RUSH | FAX | REED SMITH, LLP 355 S. GRAND LOS ANGELES CA 90071 Caller: YOLANDA X6423 Wait: 20 Min 113CV241068 LANDINI VS BANK OF AMERICA ANSWER TO COMPLAINT FILE IMMEDIATELY Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Ref: 263823.60037/011544 | Base Chg : 64.75 Adv/Wit Ck: 435.00 | 499.75 |
| 3/14/13 FILING-FAX | 5504972 PDF RUSH | FAX | REED SMITH, LLP 355 S. GRAND LOS ANGELES CA 90071 Caller: YOLANDA X6423 Wait: 40 Min NEW CASE LANDINI VS BANK OF AMERICA CCS;REMOVAL;INT PARTIES;DISC STMNT;RELATED CASE;POS;ADV FILE IMMEDIATELY Signed: FILED | USDC-SAN JOSE 280 SOUTH 1ST STREET SAN JOSE CA 95113 Ref: 263823.60037/011544 | Base Chg : 64.75 Wait : 6.70 Ship/PDF : 20.25 Adv/Wit Ck: 350.00 | 441.70 |
| 3/15/13 FILING-FAX | 5506548 PDF RUSH | FAX | REED SMITH, LLP 355 S. GRAND LOS ANGELES CA 90071 Caller: PATTY C Wait: 20 Min 1113CV241068 LANDINI V BANK OF AMERICA NTC FILE TODAY ASAP Signed: FILED | SCSC-SAN JOSE 191 NORTH 1ST STREET SAN JOSE CA 95113 Ref: 263823.60037/011544 | Base Chg : 64.75 Ship/PDF : 34.50 | 99.25 |

Total Charges for Ref. - 263823.60037/011544: 1,040.70

## INVOICE PAYMENT DUE UPON RECEIPT



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084—4250

# INVOICE

\*\*\* REPRINT \*\*\*

TAX ID# 27-3093840

| Invoice No. | Customer No. |
|---|---|
| 202429 | 81335 |
| Invoice Date | Total Due |
| 11/30/13 | 11,779.25 |
| | |
| | |

REED SMITH, LLP
1511 W. BEVERLY BLVD
LOS ANGELES, CA 90026

BILLING QUESTIONS CALL:
BILLING DEPT(213)213-2631
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)213-2640

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 81335 | 202429 | 11/30/13 | 11,779.25 | 22 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 11/20/13 | 5713655 | BAP | REED SMITH, LLP | | NATIONAL CREDIT PARTNERS | | Base Chg : | 35.00 | 35.00 |
| PROCESS-BRANCH ASAP | | | 355 S. GRAND | | 555 5TH STREET, #220 | | | | |
| | | | LOS ANGELES    CA 90071 | | SANTA ROSA    CA 95401 | | | | |
| | | | Caller: YOLANDA X6423 | | Comment: RELATED PROCESS | | | | |
| | | | 13-CV-01153 HRL | | | | | | |
| | | | LANDINI VS FIA CARD | | | | | | |
| | | | SUBP TO PROD DOCS; DATE: 11-29-13 | | | | | | |
| | | | SERVE TODAY ASAP | | | | | | |
| | | | Signed: Joaquin Ibarquen, ata | | Ref: 263823.60037/011544 | | | | |
| | | | | | | | | | |
| | | | Total  Charges for Ref. - 263823.60037/011544: | | 35.00 | | | | |

# INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

DOKICH COURT REPORTERS, INC
19712 MACARTHUR BLVD
SUITE 100
IRVINE, CA 92612
Phone:949-222-1131   Fax:949-222-1139

*RECEIVED*

NOV 1 8 2013

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 32452 | 11/13/2013 | 16470 |
| **Job Date** | **Case No.** | |
| 10/31/2013 | 5:13-CV-01153-HRL | |
| **Case Name** | | |
| CELESTE LANDINI VS. FIA CARD SERVICES, NATIONAL ASSOCIATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

CHRISTYN CHADWICK, ESQ.
REED SMITH, LLP
355  S. GRAND AVE
SUITE 2900
LOS ANGELES, CA  90071

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:
    CELESTE LANDINI                                  1,264.61

                                            **TOTAL DUE  >>>**      **$1,264.61**

Reference No.   : 13-0651-TAY

PAYMENT IS DUE UPON RECEIPT. All past due accounts will be subject to a finance charge of 1.5% per month from due date.

Thank you for using Dokich Court Reporters, Inc.

**Tax ID:** 33-0745559

---

*Please detach bottom portion and return with payment.*

CHRISTYN CHADWICK, ESQ.
REED SMITH, LLP
355  S. GRAND AVE
SUITE 2900
LOS ANGELES, CA  90071

Job No.    : 16470        BU ID    :1-MAIN
Case No.   : 5:13-CV-01153-HRL
Case Name : CELESTE LANDINI VS. FIA CARD SERVICES,
                 NATIONAL ASSOCIATION

Invoice No. : 32452      Invoice Date :11/13/2013
**Total Due  : $ 1,264.61**

Remit To: **DOKICH COURT REPORTERS, INC**
             **19712  MACARTHUR BLVD**
             **SUITE 100**
             **IRVINE, CA  92612**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:               Phone#:

Billing Address:

Zip:             Card Security Code:

Amount to Charge:

Cardholder's Signature:

**Employee Name :**Parrott, Larry A.

**Employee ID - Person Number :**

**Report Header**

**Policy :**Bank of America US

**Business Purpose :**legal depositions

**Report Id :**1FDDB1CDD74041949A0B

**Report Date :**12/10/2013

**Approval Status :**Approved

**Currency :**US, Dollar

Allocation key order is: Company, Cost Center, Deal Code, GCI Code. Deal Code and GCI Code will show if specifically allocated.

**Airfare**

| Transaction Date | Expense Type | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 11/18/2013 | Airfare | legal deposition | USAIRWAYS 0377320518436 | Tampa | Corporate Credit Card | $383.60 |
| **Allocations :** | | 100.00% ($383.60) 00317-9201754 | | | | |

**Associate Travel Meals**

| Transaction Date | Expense Type | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 11/22/2013 | Associate Travel Meals | legal deposition | GRAND CAFE | Los Angeles | Corporate Credit Card | $27.98 |
| **Allocations :** | | 100.00% ($27.98) 00317-9201754 | | | | |
| 11/22/2013 | Associate Travel Meals | legal deposition | NOE RESTAURANT & BAR | Los Angeles | Corporate Credit Card | $47.33 |
| **Allocations :** | | 100.00% ($47.33) 00317-9201754 | | | | |
| 11/22/2013 | Associate Travel Meals | legal deposition | DNC TRAVEL - LAX B | Los Angeles | Corporate Credit Card | $28.53 |
| **Allocations :** | | 100.00% ($28.53) 00317-9201754 | | | | |
| 11/21/2013 | Associate Travel Meals | legal depositions | MARKET CAFE WFC | Los Angeles | Corporate Credit Card | $7.90 |
| **Allocations :** | | 100.00% ($7.90) 00317-9201754 | | | | |
| 11/21/2013 | Associate Travel Meals | legal deposition | PANDA EXPRESS 248 | Los Angeles | Corporate Credit Card | $7.83 |
| **Allocations :** | | 100.00% ($7.83) 00317-9201754 | | | | |
| 11/20/2013 | Associate Travel Meals | legal depositions | PHX DELUX BURGER N1 | Phoenix | Corporate Credit Card | $12.45 |
| **Allocations :** | | 100.00% ($12.45) 00317-9201754 | | | | |
| 11/20/2013 | Associate Travel Meals | legal depositions | BLUE COW | Los Angeles | Corporate Credit Card | $30.16 |
| **Allocations :** | | 100.00% ($30.16) 00317-9201754 | | | | |

**Ground Travel - Parking**

| Transaction Date | Expense Type | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 11/23/2013 | Ground Travel - Parking | legal deposition | SKY HARBOR PRKG | Phoenix | Corporate Credit Card | $33.00 |
| **Allocations :** | | 100.00% ($33.00) 00317-9201754 | | | | |

**Ground Travel - Taxi**

| Transaction Date | Expense Type | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|
| 11/22/2013 | Ground Travel - Taxi | legal deposition | YELLOW CAB CO. | Gardena | Corporate Credit Card | $62.46 |
| **Allocations :** | | 100.00% ($62.46) 00317-9201754 | | | | |
| 11/21/2013 | Ground Travel - Taxi | legal deposition | BEVERLY HILLS CAB COMP | Los Angeles | Corporate Credit Card | $73.00 |
| **Allocations :** | | 100.00% ($73.00) 00317-9201754 | | | | |

**Lodging**

| Transaction Date | Expense Type | Business Purpose | Vendor | City | Payment Type | Amount |
|---|---|---|---|---|---|---|

| 11/22/2013 | Lodging | | legal deposition | OMNI LOS ANGELES | | Los Angeles | Corporate Credit Card | $369.86 |

Note: The sum of allocation amounts may not exactly match the expense amount due to rounding.

---

**Company Disbursements**

| | |
|---|---|
| **Amount Due Employee :** | $0.00 |
| **Amount Due Company Card :** | $1,084.10 |
| **Total Paid By Company :** | $1,084.10 |

**Employee Disbursements**

| | |
|---|---|
| **Amount Due Company Card From Employee :** | $0.00 |
| **Total Paid By Employee :** | $0.00 |